IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 564, | § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. G-05-263 |
| THE DOW CHEMICAL COMPANY, | § § § | |
| Defendant. | § | |

### FINAL JUDGMENT

As set forth in the Court's Order entered this date, Defendant's Motion for Summary Judgment is hereby **GRANTED**, and Plaintiff's Motion for Summary Judgment is respectfully **DENIED**. Any and all of Plaintiff's claims asserted against Defendant in this action are hereby **DISMISSED WITH PREJUDICE**. Each Party is to bear its own taxable costs, expenses, and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 11th day of January, 2006, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge